UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KRISTI ANN BITTNER,

                Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. C13-5334-BAT

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The Court GRANTS the parties' agreed motion (Dkt. 20) and **ORDERS**:

(1)    The case is **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

(2)    On remand, the ALJ will conduct a de novo hearing and issue a new decision regarding plaintiff's Title II and XVI applications for benefits;

(3)    The ALJ shall obtain an opinion from a medical expert to determine the nature and severity of claimant's MS and to offer an on opinion on RFC;

(4)    The ALJ shall reevaluate the opinions of record including the opinions of Drs. Rosenberg and Brown.  If the ALJ rejects these doctors' opinions in whole or part, the ALJ shall clearly set forth the reasons for doing so and cite to the specific evidence of record upon which the ALJ relied;

ORDER REVERSING AND REMANDING - 1

(5)   The ALJ shall reevaluate the credibility of the claimant consistent with SSR 96-7p.

The parties agree plaintiff will be entitled to reasonable attorney fees upon proper application to the Court, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 4th day of October, 2013.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REVERSING AND REMANDING - 2